IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCELINO CLEMENTE,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**STINSON,**<br><br>　　　　　　　　　　Defendant. | 2:19-cv-00789 MCE EFB<br><br>[~~PROPOSED~~] **ORDER**<br><br>Judge:　　　Hon. Edmund F. Brennan<br>Trial Date:　TBD<br>Action Filed: July 2, 2018 |

　　The Court, having considered Defendant's motion to modify the discovery and scheduling order, and good cause having been found:

　　**IT IS HEREBY ORDERED**: Defendant's motion is granted.  The deadline to serve discovery requests is extended to January 24, 2021, the deadline to conduct discovery is extended to March 25, 2021, and the deadline to file dispositive motions is extended to July 8, 2021.

Dated:  August 4, 2020.

_/s/ Edmund F. Brennan_
The Honorable Edmund F. Brennan