UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE,<br><br>  Plaintiff,<br><br>  v.<br><br>STINSON,<br><br>  Defendant. | No. 2:19-cv-00789-MCE-JDP (PC)<br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On February 25, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 25, 2022 are adopted in full;

2. Defendant's motion for summary judgment, ECF No. 21, is denied.

**IT IS SO ORDERED.**

**Dated:  March 22, 2022**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE