UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE, | Case No. 2:19-cv-00789-MCE-JDP (PC) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | May 12, 2022, at 10:00 a.m. |
| STINSON, | |
| Defendant. | |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Motion practice has concluded, and claims remain against defendant Stinson. The court will hold a status conference on May 12, 2022, at 10:00 a.m. The parties should be prepared to discuss whether they are interested in a settlement conference, whether the case would benefit from another opportunity to brief dispositive motions, any practical limitations on going to trial at this juncture, and any other measures that would contribute to speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that:

1. The court will hold a status conference by Zoom on May 12, 2022, at 10:00 a.m. to discuss the matters identified above.

2. Counsel for the defendants is directed to contact the court via ncannarozzi@caed.uscourts.gov, one week prior to the status conference to report on plaintiff's

1

institution's ability, in light of any COVID 19 restrictions, to produce him for a remote appearance.

    3. The Clerk of Court is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:   April 11, 2022                                            
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE