# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CLEMENTE,

       Plaintiff,                  Case No. 2:19-cv-0789 MCE JDP (PC)

vs.

STINSON,

       Defendant.             **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Marcelino Clemente, inmate C-46479, a necessary and material witness in proceedings in this case on May 12, 2022, is confined in Mule Creek State Prison, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Jeremy D. Peterson, to appear by zoom video-conferencing at Mule Creek State Prison, May 12, 2022, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by zoom video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The clerk of court shall serve a copy by fax to the Mule Creek Litigation Office at 209-274-5018.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, Mule Creek State Prison, PO Box 409099, Ione, CA, 95640:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by zoom video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: April 15, 2022

                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE